IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN W. MUNSON,

    Plaintiff,

v.                                                                  4:20cv179–WS/HTC

SUSAN TRUEBLOOD, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 11) docketed June 9, 2020. The magistrate judge recommends that the plaintiff's case be dismissed for failure to state a claim on which relief may be granted. The plaintiff has filed no objections to the report and recommendation.

    Having reviewed the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

    Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 11) is

Page 2 of 2

hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED for failure to state a claim pursuant to 28 U.S.C. § 1915A and for failure to follow a court order.

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915A(b)(1).

DONE AND ORDERED this   14th   day of   July  , 2020.

      s/ William Stafford
      WILLIAM STAFFORD
      SENIOR UNITED STATES DISTRICT JUDGE